1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   ROBERT A. FELLRATH
3  Assistant U.S. Attorney
   Evo A. DeConcini U.S. Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701-5040
5  Telephone: 520-620-7300
   E-mail: Robert.Fellrath@usdoj.gov
6  Attorneys for Plaintiff

_____FILED_____LODGED

_____RECEIVED_____COPY

2010 APR 14   P 4: 13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR10 - 0803 TUC** *RCC/GEE*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF ARIZONA**

10  **United States of America,**                )   **VICTIM**

11              **Plaintiff,**                    )   **I N D I C T M E N T**

12      **vs.**                                   )

                                                  )   **Violation:     18 USC §111 (a)(1)**
13  **Rodolfo Gutierrez-Ambirz,**                 )                **18 USC §111 (b)**
    **aka Rodolfo Gutierrez-Ambriz,**             )
14                                                )

15              **Defendant.**                    )   **(Assault on a Federal Officer)**

16  **THE GRAND JURY CHARGES:**

17                              **COUNT 1**

18      That on or about January 18, 2010, at or near Tucson, in the District of Arizona, the

19  defendant, Rodolfo Gutierrez-Ambirz, aka Rodolfo Gutierrez-Ambriz, did intentionally and

20  forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Correctional

21  Officer Lieutenant Tina Palomares, an officer of the United States or any agency thereof,

22  while Lieutenant Palomares was engaged in the performance of her official duties, and did

23  inflict bodily injury, that is, he bit Lieutenant Palomares's right index finger, causing a

24  laceration, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

25                              **COUNT 2**

26      That on or about January 18, 2010, at or near Tucson, in the District of Arizona, the

27  defendant, Rodolfo Gutierrez-Ambirz, aka Rodolfo Gutierrez-Ambriz, did intentionally and

28  forcibly assault, resist, oppose, impede, intimidate, and interfere with Clinical Nurse Vincent

1  Dagiel, an officer of the United States or any agency thereof, while Nurse Dagiel was engaged

2  in the performance of his official duties, and did inflict bodily injury, that is he kicked Clinical

3  Nurse Dagiel in the face, causing a facial contusion, in violation of Title 18, United States

4  Code, Sections 111(a)(1) and 111(b).

5  ## COUNT 3

6      That on or about February 7, 2010, at or near Tucson, in the District of Arizona, the

7  defendant, Rodolfo Gutierrez-Ambirz, aka Rodolfo Gutierrez-Ambriz, did intentionally and

8  forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Correctional

9  Officer Lieutenant James Bebee, an officer of the United States or any agency thereof, while

10  Lieutenant Bebee was engaged in the performance of his official duties, and did inflict bodily

11  injury, that is, he bit Lieutenant Bebee's left arm, causing bruising, in violation of Title 18,

12  United States Code, Sections 111(a)(1) and 111(b).

13

14

15

16

17  A TRUE BILL

18  Presiding Juror

19  DENNIS K. BURKE
   United States Attorney
20  District of Arizona

21  Assistant U.S. Attorney

22

23

24


REDACTED FOR PUBLIC DISCLOSURE

APR 14 2010

25

26  **United States v. Gutierrez-Ambirz**
   **Indictment, Page - 2 -**

27

28