DENNIS K. BURKE
United States Attorney
District of Arizona
ROBERT A. FELLRATH
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: robert.fellrath@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   v.<br><br>Rodolfo Gutierrez-Ambirz,<br><br>            Defendant. | CR 10-0803-TUC-RCC(GEE)<br><br>**NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |

Notice is hereby given, pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that all confessions, admissions and statements provided in government disclosure will be introduced into evidence by the government at the trial in this matter. See United States v. Hall, 742 F.2d 1153, 1156 (9th Cir. 1984); United States v. Long, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 12th day of May, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona


*s/Robert A. Fellrath*
ROBERT A. FELLRATH
Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 12th day of May, 2010, to:

Joe Machado, Esq.
Attorney for the Defendant