DENNIS K. BURKE
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant U.S. Attorney
State Bar No. 003938
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br> vs.<br><br>Rodolfo Gutierrez-Ambriz,<br><br>    Defendant. | CR 10-0803-RCC(GEE)<br><br>**MOTION TO DISMISS** |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed herein, the United States Attorney for the District of Arizona hereby dismisses the Indictment against Rodolfo Gutierrez-Ambriz, defendant, without prejudice.

   Respectfully submitted this 22nd day of February, 2011.

                DENNIS K. BURKE
                United States Attorney
                District of Arizona

                *S/ Jesse J. Figueroa*

                JESSE J. FIGUEROA
                Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means
this 22nd day of February, 2011, to:

Joe L. Machado, Esq.
Attorney for the Defendant