IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR 10-0803-TUC-RCC(GEE) |
| vs. | ) | **O R D E R** |
| Rodolfo Gutierrez-Ambriz, | ) | |
| Defendant. | ) | |

Re: Dismissal Indictment

The government's request to dismiss **the Indictment** in CR 10-0803-TUC-RCC (GEE) without prejudice is GRANTED.

DATED this 13th day of April, 2011.

Raner C. Collins
United States District Judge